TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ben.Goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 8 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-26-00429-PHX-JJT (JZB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 1 – 3 |
| Jaime Perez, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNTS 1 – 3

On or about the dates listed below, in the District of Arizona, Defendant, JAIME PEREZ, knowingly made false statements and representations to the business listed below, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that Defendant, JAIME PEREZ, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant, JAIME PEREZ, resided at an address on W. Willow Peak Avenue in Casa Grande, Arizona, whereas in truth and fact, Defendant, JAIME PEREZ, knew that he resided at a different address:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | October 7, 2024 | Turner's Outdoorsman |
| 2 | October 13, 2024 | Turner's Outdoorsman |
| 3 | October 14, 2024 | Turner's Outdoorsman |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: April 28, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
BENJAMIN GOLDBERG
Assistant U.S. Attorney